

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00014-CV

| | | |
|---|---|---|
| IN RE T.B., Relator | § | Original Proceeding |
| | § | 16th District Court of Denton County, Texas |
| | § | Trial Court No. 22-4175-16 |
| | § | March 7, 2024 |
| | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its Order to Mediate in cause number 22-4175-16 and to notify this court in writing, within twenty days of the date of this order, that it has taken action consistent with our opinion. A writ of mandamus shall issue only in the event the trial court fails to comply. The temporary stay that this court issued on January 16, 2024, is ordered lifted upon the trial court's compliance with this court's order.

It is further ordered that all parties shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
      Justice Brian Walker